## HAWKINS v. THE STATE.

(Decided April 14, 1914.)

APPEAL from Mobile City Court.

Heard before Hon. O. J. SEMMES.

No counsel marked for appellant. R. C. BRICKELL, Attorney General for the State.

PELHAM, J.—Affirmed on the record.

## HAYDEN-PAKE THEATRE CO. v. PEOPLES NA-TIONAL BANK.

(Decided June 3, 1914.)

APPEAL from Gadsden City Court.

Heard before Hon. JOHN H. DISQUE.

HOOD & MURPHREE, for appellant. A. R. BRINDLEY, for appellee.

Per curiam. Affirmed.

## HIGDON v. McCARY.

(Decided April 21, 1914.)

APPEAL from Birmingham City Court.

Heard before Hon. JOHN H. MILLER.

No counsel marked for appellant. W. K. TERRY, for appellee.

Per curiam. Affirmed on certificate.

## JACKSON v. KING.

(Decided April 21, 1914.)

APPEAL from Lamar Circuit Court.

Heard before Hon. BERNARD HARWOOD.

No counsel marked for either party.

Per curiam. Appeal dismissed.